| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Tucker, Josephine S. | 2. Court or Organization U.S. District Court, Central District of California | 3. Date of Report 02/05/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge-Nominee | 5a. Report Type (check appropriate type) ☑ Nomination, Date 02/04/2010 ☐ Initial  ☐ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 1/31/2010 |
| 7. Chambers or Office Address 700 Civic Center Drive West Santa Ana, CA 92701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Superior Court Judge | Orange County Superior Court |
| 2. President | Gold Star Ventures, Inc. |
| 3. Trustee | Trust #1 |
| 4. Judicial Advisory Council | Association of Business Trial Lawyers |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | California Judges' Retirement System II, no control |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | State of California - Judicial Salary | $11,831.91 |
| 2. | 2010 | County of Orange, California - Judicial Benefit Reimbursement | $6,229.16 |
| 3. | 2009 | State of California - Judicial Salary | $150,423.97 |
| 4. | 2009 | County of Orange, California - Judicial Benefit Reimbursement | $19,960.83 |
| 5. | 2008 | State of California - Judicial Salary | $144,036.72 |
| 6. | 2008 | County of Orange, California - Judicial Benefit Reimbursement | $25,072.51 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | United Healthcare -salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Josephine S. | 02/05/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA #1 | A | Int./Div. | N | T | Exempt | | | | |
| 2. -Ave Maria Rising Dividend Fund | | | | | | | | | |
| 3. -First Eagle Overseas Fund Cl 1 | | | | | | | | | |
| 4. -First Eagle US Value Fund Cl 1 | | | | | | | | | |
| 5. -Janus Balanced Fund Cl J | | | | | | | | | |
| 6. -Stratton Small Cap Value Fund | | | | | | | | | |
| 7. -Charles Schwab Bank | | | | | | | | | |
| 8. IRA #2 | | None | K | T | | | | | |
| 9. -Parnassus Equity Income Fund Insvestor Sh | | | | | | | | | |
| 10. -Charles Schwab Bank | | | | | | | | | |
| 11. IRA #3 | A | Int./Div. | L | T | | | | | |
| 12. -Ave Maria Rising Dividend Fund | | | | | | | | | |
| 13. -First Eagle Overseas Fund Cl 1 | | | | | | | | | |
| 14. -First Eagle US Value Fund Cl 1 | | | | | | | | | |
| 15. -Janus Balanced Fund Cl J | | | | | | | | | |
| 16. -Stratton Small Cap Value Fund | | | | | | | | | |
| 17. -Charles Schwab Bank | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Deferred Compensation Plan #1 | | None | N | T | | | | | |
| 19. -LVIP Delaware Bond Fund-Standard Class | | | | | | | | | |
| 20. -Fidelity VIP Contrafund - Service Class | | | | | | | | | |
| 21. -DWS VIP Equity 500 Index Class A | | | | | | | | | |
| 22. -Fidelity VIP Growth - Service class | | | | | | | | | |
| 23. -Franklin FTVIPT Small Mid-Cap Growth S ecurities | | | | | | | | | |
| 24. -American Century VP International - Class I | | | | | | | | | |
| 25. 401k #1 | | None | N | T | | | | | |
| 26. -Fidelity Small Company Fund | | | | | | | | | |
| 27. -Vanguard Mid-Cap Index Fund Instl. | | | | | | | | | |
| 28. -Vanguard Small-Cap Index Fund Instl. | | | | | | | | | |
| 29. -Wellington Mid-Cap Opportunities 2 | | | | | | | | | |
| 30. -EuroPacific Growth Fund Class R$-5 | | | | | | | | | |
| 31. 401k #2 | | None | L | T | | | | | |
| 32. -Wells Fargo Advan. Con. Alloc (Admin) | | | | | | | | | |
| 33. State of California Savings Plus Program ( 401k/457) | | None | M | T | | | | | |
| 34. Schwab 529 College Savings Plan Short T erm Portfolio | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Josephine S. | 02/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Schwab 529 College Savings Plan Conservative Portfolio | | None | K | T | | | | | |
| 36. Schwab 529 College Savings Plan Mod. Aggressive Port. | | None | K | T | | | | | |
| 37. Chase Bank | A | Interest | J | T | | | | | |
| 38. Unitedhealth Group (UNH) | A | Dividend | N | T | | | | | |
| 39. U.S. Series E Savings Bonds | A | Interest | K | T | | | | | |
| 40. Wells Fargo Bank | B | Interest | | | | | | | |
| 41. Gateway Fund Class A | B | Dividend | | | | | | | |
| 42. VCSP/CollegeAmerica (529 plan) | B | Dividend | | | | | | | |
| 43. -AMCAP Fund | | | | | | | | | |
| 44. -The Investment Company of America | | | | | | | | | |
| 45. -Capital World Growth and Income | | | | | | | | | |
| 46. TIAA-CREF | | None | J | T | | | | | |
| 47. American Century Giftrust | | None | K | T | | | | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I. Positions: Item 1: Entity dissolved in 2009.  Item 2: Trust #1 is an unfunded family trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 10 | 075 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 15 | 690 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1 | 503 | 403 | Notes payable to relatives | | 90 | 874 |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 5 | 500 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 726 | 533 |
| Real estate owned-add schedule | 2 | 200 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 60 | 500 | 401(k) loan | | 43 | 195 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Savings Plus Program: 401(k)/457 | | 60 | 642 | | | | |
| Judges' Retirement System II | | 250 | 000 | | | | |
| Cash in IRA Brokerage Account | | 47 | 513 | Total liabilities | | 866 | 102 |
| TIAA-CREF | | | 986 | Net Worth | 3 | 282 | 707 |
| Total Assets | 4 | 148 | 809 | Total liabilities and net worth | 4 | 148 | 809 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |